UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Ethel Kemp

                Plaintiff,

v.                                 Case No. 14-cv-01572-TSC

Derrick Eiland, et al.

                Defendants.

### PARTIAL CONSENT MOTION OF PLAINTIFF FOR ERIK GOODMAN TO APPEAR *PRO BONO*

Pursuant to Rule 83.2(g) of the Local Rules of this Court, Plaintiff Ethel Kemp, through counsel, Amy Mix and AARP Legal Counsel for the Elderly, moves for permission for Erik Goodman of AARP Legal Counsel for the Elderly to appear *pro bono* before the Court on behalf of Ms. Kemp in the above-captioned case.

Erik Goodman respectfully certifies the following in support thereof:

1. That he is in good standing with the bars of the District of Columbia (active), the State of Ohio (inactive), and the Commonwealth of Massachusetts (inactive). Erik Goodman further certifies that he has not been disbarred, censured, or disciplined by any court of record or state bar association. Additionally, Erik Goodman certifies that there are no pending disciplinary proceedings against him.

2. That he will be representing Ethel Kemp *pro bono* as staff attorney with Legal Counsel for the Elderly (LCE). LCE is the primary provider of free legal services for seniors in the District of Columbia, and Erik Goodman will not receive any compensation from Ms. Kemp for his services.

3. That Erik Goodman has practiced law for more than nine years.

4. As such, Erik Goodman respectfully requests that he be able to appear *pro bono* in the above-captioned case as counsel for Plaintiff Ethel Kemp.

Pursuant to LCvR 7(m), Plaintiff's counsel contacted counsel for Defendants regarding this motion. Defendants Eiland and Cowley consent to the motion. Defendants World Savings Bank, Wachovia Corporation, and Wells Fargo & Company do not oppose the motion.

Dated: March 17, 2015

Respectfully Submitted,

*AARP Legal Counsel for the Elderly*

/s/ Amy R. Mix
Amy R. Mix (DC Bar No. 483483)
601 E Street, NW
Washington, DC 20049
Tel: 202.434.2171
Fax: 202.434.6464
amix@aarp.org
*Counsel for Plaintiff*

/s/ Erik Goodman
Erik Goodman (DC Bar No. 1005632)
601 E Street, NW
Washington, DC 20049
Tel: 202.434.2162
Fax: 202.434.6464
egoodman@aarp.org
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of March 2015 a copy of the foregoing *Partial Consent Motion of Plaintiff for Erik Goodman to Appear Pro Bono* was served via this Court's CM/ECF system on all counsel of record:

Philip M. Musolino, Esq.
Musolino & Dessel PLLC
Suite 440
1615 L Street, NW
Washington, DC 20036
pmusolino@musolinoanddessel.com
*Counsel for Defendants Derrick Eiland and Denise Cowley*

Anand V. Ramana, Esq.
McGUIREWOODS LLP
2001 K Street, NW, Suite 400
Washington, DC 20006
aramana@mcguirewoods.com
*Counsel for Wells Fargo, N.A. on behalf of Defendants World Savings Bank, Wachovia Corporation, and Wells Fargo & Company*

/s/ Amy Mix
Amy Mix

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Ethel Kemp

      Plaintiff,

v.              Case No. 14-cv-01572-TSC

Derrick Eiland, et al.

      Defendants.

## PROPOSED ORDER

Upon the partial consent motion of Plaintiff Ethel Kemp and for good cause shown, it is hereby

**ORDERED** that Erik Goodman be permitted to appear *pro bono* on behalf of Plaintiff in this matter pursuant to Rule 83.2(g) of the Local Rules of this Court.

**SO ORDERED.**

              _/s/_____
              Tanya S. Chutkan
              United States District Judge

cc:

Philip M. Musolino
Musolino & Dessel PLLC
Suite 440
1615 L Street, NW
Washington, DC 20036
pmusolino@musolinoanddessel.com
*Counsel for Defendants Derrick Eiland and Denise Cowley*

Anand V. Ramana
McGUIREWOODS LLP
2001 K Street, NW, Suite 400
Washington, DC 20006

aramana@mcguirewoods.com
*Counsel for Wells Fargo, N.A. on behalf of Defendants World Savings Bank, Wachovia Corporation, and Wells Fargo & Company*

Amy R. Mix
601 E Street, NW
Washington, DC 20049
Tel: 202.434.2171
Fax: 202.434.6464
amix@aarp.org
*Counsel for Plaintiff*

Erik Goodman
601 E Street, NW
Washington, DC 20049
Tel: 202.434.2162
Fax: 202.434.6464
egoodman@aarp.org
*Counsel for Plaintiff*